DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

FADI ERSHID,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3085

————————————————

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Alex Stavrou, Esq., Tampa, for Appellant.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.